UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., <br><br>           Plaintiff, <br> v. <br><br> JONATHAN MOTL, in his official capacity as the Commissioner of Political Practices for the State of Montana, *et al.*, <br><br>           Defendants. | Case No. CV 16-00023-H-DLC <br><br> **DECLARATION OF JONATHAN MOTL** |

I, JONATHAN MOTL, hereby declare as follows:

1.    I am the Commissioner of Political Practices of the State of Montana.

2.    I am scheduled to have knee replacement surgery on April 12, 2016.

3.    I am scheduled to be in the hospital recovering from surgery on April 12, 2016 and April 13, 2016.

4.    I am scheduled to be released to home on April 14, 2016.

5.    I estimate that I will be out of the office for one to two weeks following my release from the hospital.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 8th day of April, 2016.

_____
JONATHAN MOTL