UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., | Case No. CV 16-00023-H-DLC |
|---|---|
| Plaintiff, v. JONATHAN MOTL, in his official capacity as the Commissioner of Political Practices for the State of Montana, *et al.*, Defendants. | **ORDER GRANTING EXTENTION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DOC. 3) AND TO FILE ANSWER** |

Before the Court is Defendants' motion for an extension of time to respond to Plaintiffs' Motion for Preliminary Injunction (Doc. 3), and to file their Answer to Plaintiffs' Complaint (Doc. 1).

Good cause appearing, the motion is GRANTED. Defendants' response to Plaintiff's Motion for Preliminary Injunction and the Answer to Plaintiffs' Complaint are due April 27, 2016.

IT IS SO ORDERED.

DATED: _____

_____
Dana L. Christensen, Chief District Judge
United States District Court

ORDER