Matthew G. Monforton  (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
E-mail:     matthewmonforton@yahoo.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., | Case No: CV 16-23-H-DLC |
| Plaintiff, | (Consolidated with CV 16-33-H-DLC) |
| v. | **JOINT DISCOVERY PLAN** |
| JONATHAN MOTL, in his official capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana; LEO GALLAGHER, in his official capacity as County Attorney for the County of Lewis & Clark, | |
| Defendant. | |

Counsel for the parties have conferred to discuss the matters listed in Rule 26(f) of the Federal Rules of Civil Procedure.  Plaintiff National Association of Gun Rights submits the following Joint Discovery Plan in accordance with the Court's order of September 14, 2016.  *ECF No. 19*.  This plan has been reviewed

and approved by the Defendants.

### A. Changes in timing, form, or requirement for disclosures under Rule 26(a)

The parties do not anticipate any changes to the timing, form, or requirement for disclosures under Rule 26(a) and shall exchange initial disclosures by November 15, 2016.

### B. The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

1. Subjects of Discovery:

The subjects upon which discovery may be needed are framed by the pleadings. Plaintiff and Defendants may conduct discovery, including written discovery and depositions. Any other issues to be explored in discovery will be set forth in the parties' respective preliminary pretrial statements to be filed with the Court by October 18, 2016.

2. Expert Discovery

Neither Plaintiff nor Defendants anticipate introducing expert testimony. In the event that a party does so, the other may introduce rebuttal expert testimony.

3. <u>Proposed Discovery Deadlines</u>

- The parties shall have until November 21, 2016, to join additional parties and/or amend the pleadings;

- Discovery shall be completed by Feb 1, 2017;

- Expert disclosures under Rule 26(a)(2) shall be served on the opposing parties no later than December 12, 2016. Any rebuttal expert disclosures shall be served no later than January 12, 2017. The parties' expert disclosures shall be served electronically as well as by U.S. Mail.

**C.** **Issues about disclosure or discovery of electronically stored information.**

The parties do not anticipate any disputes regarding electronically stored information. However, electronically stored information shall be subject to discovery to the same extent as other information. Furthermore, the parties acknowledge their duty to preserve all discoverable documents, including those stored in electronic media, and to prevent the automated deletion of such documents.

**D.** **Issues regarding claims of privilege or of protection regarding trial-preparation materials.**

The parties do not anticipate any issues regarding claims of privilege or of protection as trial-preparation; however, procedures for asserting claims of privilege or of protection as trial-preparation materials should be as set forth in Rule 26(b)(3) and (5).

**E.     Changes or limitations on discovery.**

Except to the extent set forth above, the parties do not believe any changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure and the Local Rules of this Court.

**F.     Other Orders the Court Should Issue.**

The parties do not anticipate any other orders that should be entered under Rule 26(c) or under Rule 16(b) and (c) other than the Court's standard orders.

DATED: October 18, 2016

Respectfully submitted,
Monforton Law Offices, PLLC

/s/ Matthew G. Monforton

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY this 18th day of October, 2016, that a copy of the foregoing will be delivered this day via the Court's ECF system to the following:

TIMOTHY C. FOX Montana Attorney General
J. STUART SEGREST
Assistant Attorneys General
Deputy Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
ssegrest@mt.gov

DATED: October 18, 2016         Respectfully submitted,
                                          Monforton Law Offices, PLLC

                                          /s/ Matthew G. Monforton

                                          Attorney for Plaintiff