Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

David A. Warrington
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
Email: david.warrington@leclairryan
(pending approval of pro hac vice admittance)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., <br><br> Plaintiff, <br><br> JONATHAN MOTL, in his official Capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY C. FOX, in his Official capacity as Attorney General For the State of Montana; LEO GALLAGHER, in his official capacity as County Attorney for the County of Lewis & Clark, <br><br> Defendants. | Case No. CV 16-0023-H-DLC <br><br> UNOPPOSED MOTION FOR PRO HAC VICE OF DAVID A. WARRINGTON |

The plaintiff, by and through its attorney, Matthew G. Monforton, hereby moves this Court for an order admitting David A. Warrington pro hac vice, so that Mr. Warrington may appear as co-counsel for the plaintiff. This Unopposed Motion is supported by the Affidavit of David A. Warrington attached hereto as **Exhibit 1**.

I am an attorney for the National Association for Gun Rights. I am a member of the Bar of this Court who will act as local counsel. This Court and opposing counsel may readily communicate with myself or co-counsel regarding the conduct of this case, and I, together with my co-counsel, will be responsible to participate in this case as required by Local Rule 83.1(d)(5).

Therefore, I request this Court grant the Unopposed Motion for Admission Pro Hac Vice and allow David A. Warrington to participate as co-counsel for the plaintiff in this matter. Counsel for the defendants have been contacted and do not oppose this motion. A Proposed Order is attached as **Exhibit 2**.

Dated: February 13, 2017    Respectfully submitted,

/s/ Matthew G. Monforton

Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

David A. Warrington
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
Email: david.warrington@leclairryan
(pending approval of pro hac vice admittance)

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, I electronically filed the foregoing **UNOPPOSED MOTION FOR PRO HAC VICE** with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

/s/ Matthew G. Monforton

Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

David A. Warrington
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
Email: david.warrington@leclairryan
(pending approval of pro hac vice admittance)

Attorneys for Plaintiff