Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

David A. Warrington
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
Email: david.warrington@leclairryan
(pending approval of pro hac vice admittance)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., Plaintiff, JONATHAN MOTL, in his official Capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY C. FOX, in his Official capacity as Attorney General For the State of Montana; LEO GALLAGHER, in his official capacity as County Attorney for the County of Lewis & Clark, Defendants. | Case No. CV 16-0023-H-DLC<br><br>AFFIDAVIT UNDER PENALTY OF PERJURY |
|---|---|

| COMMONWEATH OF VIRGINIA | ) |
|---|---|
| | ) |
| CITY OF ALEXANDRIA | ) |

I, David A. Warrington, pursuant to Rule 83.1(d)(3) of the United States District Court for the District of Montana, being first duly sworn on oath, state as follows:

1. I reside in the Commonwealth of Virginia and I am a partner with the law firm of LeClairRyan, A Professional Corporation, located at 2318 Mill Road, Suite 1100, Alexandria, Virginia 22314, telephone: (703) 647-5926, fax: (703) 647-5966, and email: david.warrington@leclairryan.com.

2. With Plaintiff's Motion for Admission Pro Hac Vice, the appropriate admission fee was paid.

3. I am proficient in electronic filing in the United States District Court for the Eastern District of Virginia.

4. I am a member in good standing of the bars of the United States Supreme Court, the United States Courts of Appeal for the Fourth Circuit, Eighth Circuit and Tenth Circuit, and the bars of the district courts for the District of Colorado, the Eastern District of Virginia, the Southern District of Iowa, and the United States Court of Appeals for Veterans Claims. I am also a member in good standing of the bar of the Commonwealth of Virginia.

5. I am not currently suspended or disbarred in any court.

6. No disciplinary proceedings or criminal charges are currently pending against me. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or the state equivalent.

7. I have not concurrently nor within the two years preceding the date of this application made any *pro hac vice* application to this Court.

8. I fully understand that my *pro hac vice* admission in this Court is personal to me only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this court.

9. I have complied with Mont. R. Prof'l Conduct 8.5.

_____
David A. Warrington