Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

David A. Warrington
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
Email: david.warrington@leclairryan
(pending approval of pro hac vice admittance)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., | Case No. CV 16-0023-H-DLC |
| Plaintiff, | PROPOSED ORDER GRANTING PRO HAC VICE OF DAVID A. WARRINGTON |
| JONATHAN MOTL, in his official Capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY C. FOX, in his Official capacity as Attorney General For the State of Montana; LEO GALLAGHER, in his official capacity as County Attorney for the County of Lewis & Clark, | |
| Defendants. | |

Plaintiff moves for the admission of David A. Warrington to practice before this Court in this case with Matthew G. Monforton to act as local counsel. Mr. Warrington's application appears to be in compliance with L.R. 83. Accordingly, IT IS HEREBY ORDERED that the plaintiff's application to admit Mr. Warrington pro hac vice is GRANTED.

Dated this _____ day of _____, _____.

_____
United State District Judge