IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION


FILED
FEB 23 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN MOTL, in his official capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana; LEO GALLAGHER, in his official capacity as County Attorney for the County of Lewis & Clark, <br><br> Defendants. | CV 16–23–H–DLC <br><br> (Consolidated with CV 16–33–H–DLC) <br><br> ORDER |

Plaintiff National Association for Gun Rights, Inc. moves for the admission of David A. Warrington to practice before this Court in this case with Matthew G. Monforton to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit David A. Warrington pro hac vice (Doc. 26) is GRANTED on the condition that Mr. Warrington shall do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and

-1-

participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Warrington within fifteen (15) days of this Order, file a separate pleading acknowledging his admission under the terms set forth above.

DATED this 23rd day of February, 2017.

Dana L. Christensen, Chief Judge
United States District Court