TIMOTHY C. FOX
Montana Attorney General
J. STUART SEGREST
MATTHEW T. COCHENOUR
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
ssegrest@mt.gov; mcochenour2@mt.gov
Phone: (406) 444-2026, Fax: (406) 444-3549

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., | Case No. CV 16-00023-H-DLC |
|---|---|
| Plaintiff, v. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| JONATHAN MOTL, in his official capacity as the Commissioner of Political Practices for the State of Montana, *et al.*, | |
| Defendants. | |

Defendants move this Court to grant summary judgment for Defendants, as to Plaintiff's first and second claims for relief, under Fed. R. Civ. P. 56. As discussed in the accompanying brief, there are no

disputed material facts and Defendants are entitled to judgment as a matter of law.

Respectfully submitted this 8th day of March, 2017.

>TIMOTHY C. FOX
>Montana Attorney General
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>
>By: /s/ J. Stuart Segrest
>    J. STUART SEGREST
>    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, Helena Division, by using the cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

DATED: March 8, 2017         /s/ J. Stuart Segrest
                             J. STUART SEGREST
                             Assistant Attorney General