## Details for Committee ID : C00481200

About the FEC    Press Office    Quick Answers    Contact Us    Site Map

**Two-Year Summary** | Report Summaries | Filings

Two-Year Period [    ]                                                                    New Search

Export Options:                                                    Metadata    XML    CSV    JSON

**2016 COMMITTEE INFORMATION**                                                                 C00481200
**Name:** NATIONAL ASSOCIATION FOR GUN RIGHTS INC PAC
**Address:** 501 E. MAIN STREETSUITE 200, WINDSOR, CO 80550
**Treasurer Name:** WALTER, BARRY JR.
**Type:** Q - QUALIFIED NON-PARTY
**Designation:** U - UNAUTHORIZED
**Party:**

FINANCIAL SUMMARY - NATIONAL ASSOCIATION FOR GUN RIGHTS INC PAC
From: 01/01/2015    To: 12/31/2016    ?

### I. RECEIPTS

| | |
|---|---:|
| Itemized Individual Contributions | $58,003 |
| Unitemized Individual Contributions | $262,167 |
| Total Individual Contributions | $320,170 |
| Party Committees Contributions | $0 |
| Other Committees Contributions | $0 |
| **TOTAL CONTRIBUTIONS** | **$320,170** |
| Transfers from Affiliated Committees | $0 |
| Loans Received | $0 |
| Loan Repayments Received | $0 |
| Offsets to Operating Expenditures | $298 |
| Refunds | $5 |
| Other Receipts | $0 |
| Non-Federal Transfers | $0 |
| Levin Funds | $0 |
| Total Transfers | $0 |
| Total Federal Receipts | $320,475 |
| **TOTAL RECEIPTS** | **$320,475** |

### II. DISBURSEMENTS

| | |
|---|---:|
| Allocated Operating Expenditures - Federal | $0 |
| Allocated Operating Expenditures - Non-Federal | $0 |
| Other Federal Operating Expenditures | $34,316 |
| **TOTAL OPERATING EXPENDITURES** | **$34,316** |
| Transfers To Affiliated Committees | $0 |
| Contributions to Committees | $80,508 |
| Independent Expenditures | $103,825 |
| Coordinated Party Expenditures | $0 |
| Loans Made | $0 |
| Loan Repayments Made | $97 |



Receipts
- Itemized Individual Contributions (18.1%)
- Unitemized Individual Contributions (81.8%)
- Other

Disbursements
- Individual Refunds
- Independent Expenditures (37.2%)
- Other Disbursements (19.8%)
- Other Federal Operating Expenditures
- Contributions to Comm (28.8%)
- Other

| | |
|---|---:|
| Individual Refunds | $5,289 |
| Political Party Refunds | $0 |
| Other Committee Refunds | $0 |
| **TOTAL CONTRIBUTION REFUNDS** | **$5,289** |
| Other Disbursements | $55,243 |
| Allocated Federal Election Activity - Federal Share | $0 |
| Allocated Federal Election Activity - Levin Share | $0 |
| Federal Election Activity - Federal Only | $0 |
| **TOTAL FEDERAL ELECTION ACTIVITY** | **$0** |
| Total Federal Disbursements | $279,280 |
| **TOTAL DISBURSEMENTS** | **$279,280** |

## III. CASH SUMMARY

| | |
|---|---:|
| Beginning Cash On Hand | $195,686 |
| Ending Cash On Hand | $236,881 |
| Net Contributions | $314,881 |
| Net Operating Expenditures | $34,017 |
| Debts/Loans Owed By | $0 |
| Debts/Loans Owed To | $0 |