IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
DEC 18 2017
Clerk, U.S. Courts
District Of Montana
Missoula Division

NATIONAL ASSOCIATION FOR
GUN RIGHTS, INC.,

Plaintiff,

vs.

JEFF MANGAN,[1] in his official
capacity as the Commissioner of
Political Practices for the State of
Montana; TIMOTHY C. FOX, in his
official capacity as Attorney General
for the State of Montana; LEO
GALLAGHER, in his official capacity
as County Attorney for the County of
Lewis & Clark,

Defendants.

CV 16–23–H–DLC

(Consolidated with
CV 16–33–H–DLC)

ORDER

On September 6, 2017, this Court ordered Defendants to show cause as to

why declaratory relief should not be awarded in this case on Plaintiff's third claim

for relief and why a permanent injunction should not be issued. (Doc. 44 at 18.)

Plaintiff's third claim for relief requests that the Court declare Montana's vote

disclosure law, Montana Code Annotated § 13–35–225(3), unconstitutional as

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner Jeff
Mangan is automatically substituted as a party in this case as the successor to
Jonathan Motl.

-1-

violative of the First Amendment. (Doc. 1 at 16–17.) On September 14, 2017, Defendants filed a Notice Re: Opportunity to Show Cause (Doc. 23) stating that they "do not contest enjoinment of Mont. Code Ann. § 13–35–225(3), and do not plan to file an objection to the relief granted." Consistent with this Court's previous Order and Defendants' Notice,

IT IS ORDERED that Montana Code Annotated § 13–35–225(3) is declared unconstitutional as being violative of the First Amendment and Defendants are hereby permanently enjoined from commencing and prosecuting any actions under Montana Code Annotated § 13–35–225(3).

IT IS FURTHER ORDERED that the Clerk of Court is directed to close this case and enter judgment.

Dated this 18th day of December, 2017.

Dana L. Christensen, Chief Judge
United States District Court