
Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

David A. Warrington
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
Email: david.warrington@leclairryan
(Appearing *Pro Hac Vice*)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MANGAN, in his official capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY FOX, in his official capacity as Attorney General for the State of Montana,<br><br>Defendants. | Case No. CV-16-0023-H-DLC-JTJ<br><br>**DECLARATION OF MATTHEW MONFORTON IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES & EXPENSES** |

I, Matthew Monforton, declare under oath as follows:

1. I am counsel for the National Association For Gun Rights, Inc. (NAGR) in the instant matter. I have personal knowledge of the facts stated in this declaration and could testify to them as a witness at a trial or hearing.

2. I have been practicing law for 23 years. NAGR brought this action under 42 U.S.C. § 1983 in order to prevent Defendants from depriving him of his First Amendment right of political speech at a crucial moment during his legislative campaign. I represented NAGR in this action.

3. A substantial part of my practice consists of representing individuals and organizations in constitutional and civil rights litigation in various state and federal courts in California and Montana. A true and correct copy of my resume is attached to this Declaration.

4. The services I performed in this matter are accurately listed in the Billing Statement attached. These services were reasonably and necessarily performed on behalf of NAGR.

5. It is my normal practice to charge fee-paying clients for reasonable out of pocket expenses such as photocopying, travel, telephone costs, and electronic legal research fees.

6. Throughout this litigation, there were many times when I researched various lines of cases that did not prove fruitful. There were also occasions when I

ultimately discarded portions of briefs that I had drafted after determining that they did not advance my client's case or were simply confusing. There was approximately 20 hours of such time that I did not bill NAGR or include in my billing statement.

7. The timesheet attached to this Declaration accurately describes the 89.2 hours of work I performed on this case for which NAGR seeks fees.

8. It also accurately describes the following costs and expenses that were necessary to litigate this matter:

| Date | Description | Amount |
|---|---|---|
| 3/18/16 | U.S. Dist Ct filing fee | 400.00 |
| 4/4/16 | Process server fees | 225.00 |
| 5/3/16 | Mileage to Missoula for ct hearing (420 miles x $.55) | 231.00 |
| 10/25/16 | Mileage to Missoula for ct hearing (420 miles x $.55) | 231.00 |
| 2/15/17 | Warrington PHV fee | 255.00 |

Total Costs: $1,342.00

9. I performed an addition 9.7 hours of additional work preparing all of the documents necessary for this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 2, 2018

Matthew Monforton
Declarant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 2nd day of January, 2018, that a copy of the foregoing will be delivered this day via the Court's ECF system to the following:

TIMOTHY C. FOX Montana Attorney General
J. STUART SEGREST
Assistant Attorneys General
Deputy Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
ssegrest@mt.gov


DATED: January 2, 2018

                                    Respectfully submitted,

                                    /s/ Matthew G. Monforton
                                    Matthew G. Monforton

                                    Attorney for Plaintiff

# MATTHEW G. MONFORTON
32 Kelly Court, Bozeman, MT 59718
(406) 570-2949 • matthewmonforton@yahoo.com

**EDUCATION:**

| | | |
|---|---|---|
| | **UCLA SCHOOL OF LAW**<br>Juris Doctorate, 1994 | Los Angeles, CA |
| | **CLAREMONT McKENNA COLLEGE**<br>Bachelor of Arts degree in Government, 1991 | Claremont, CA |

**EXPERIENCE:**

4/2009–Present **SOLE PRACTITIONER**, *Monforton Law Offices, PLLC* — Bozeman, MT
Practice devoted primarily to § 1983 cases with an emphasis upon First Amendment litigation. Experience includes complex litigation in state and federal courts in California and Montana, including appointment as class counsel in case involving 540 plaintiffs. Served as ADF-allied local counsel on various matters since 2008 as well as local counsel for other matters. Argued numerous cases before the Ninth Circuit and California appellate courts. Prepared petitions for writs of certiorari for the U.S. Supreme Court. Served as part-time municipal judge between 2009 and 2011.

1/2015-4/2015 **MEMBER**, *Montana House of Representatives* — Helena, MT
Elected in November 2014 to represent Montana House District 69 for the bi-annual, four-month session of the Montana Legislature. Bills sponsored included a Personhood Amendment to the Montana Constitution and a child tax credit for families.

2/2008-4/2009 **LITIGATION ASSOCIATE**, *Mark A. Bryan, P.C.* — Bozeman, MT
Employed as a litigation associate for local firm specializing in corporate and tax law.

1/2006–1/2008 **LITIGATION ASSOCIATE**, *Tarlow & Stonecipher* — Bozeman, MT
Employed by a law firm specializing in construction law, real estate and personal injury cases. Performed extensive discovery and expert witness preparation.

6/1996-11/2005 **DEPUTY DISTRICT ATTORNEY**, *Los Angeles County,* — Los Angeles, CA
Prosecuted numerous cases in the trial, appellate and habeas corpus divisions of the District Attorney's office. Tried over 25 felony and misdemeanor cases to a jury. Served as lead appellate counsel in over 40 cases. Conducted numerous preliminary hearings, suppression hearings, arraignments and plea negotiations. Presented seminars to other deputy prosecutors.

1/1995–5/1996 **LITIGATION ASSOCIATE**, *Satin & Russell,* — Newport Beach, CA
Employed by a law firm specializing in personal injury. Engaged in all facets of discovery. Successfully arbitrated several cases.

**BAR LICENSES:** California, Montana, U.S. Supreme Court, Ninth Circuit Court of Appeals

**INTERESTS:** Writer for *The Resurgent*, Hiking and Camping, Karate

```
Fees and Expenses by Matter
Page 1
Period: 01/01/2016-12/20/2017
12/20/17

Date      Timekeeper   Transaction Type
Amount
Status                 Description
---------------------------------------------------------------

Matter 23-1                 National Association For Gun Rights
                            Federal Suit

01/14/16  MGM         Fee: 0.70 hours
Released              Reviewed Decision issued by Commissioner
                      Motl alleging campaign finance violations
                      against NAGR and others

01/15/16  MGM         Fee: 0.10 hours
Released              Prepared email to NAGR regarding COPP's
                      Decision

01/15/16  MGM         Fee: 0.20 hours
Released              Telephone conference with L. O'Dell

01/20/16  MGM         Fee: 1.60 hours
Released              Reviewed file documents from prior NAGR
                      cases for purposes of preparing updated
                      memorandum explaining NAGR's current legal
                      status; documents reviewed included
                      complaints filed by Tutvedt, Mowbray, and
                      Welch as well as NAGR responses to COPP
                      regarding complaints

01/20/16  MGM         Fee: 2.80 hours
Released              Prepared detailed letter and exhibits for
                      NAGR officers and general counsel providing
                      background information concerning COPP's
                      Decision alleging campaign financing
                      violations by NAGR and offering
                      recommendations as to NAGR's legal options

01/22/16  MGM         Fee: 1.00 hours
Released              Telephone conference with D. Brown, L.
                      O'Dell, M. Rothfeld, D. Warrington

01/23/16  MGM         Fee: 0.50 hours
Released              Telephone conference with M. Rothfeld, D.
                      Brown, D. Warrington
```

| | | |
|---|---|---|
| 01/30/16 Released | MGM | Fee: 0.40 hours<br>Email exchange with M. Rothfeld concerning status of case |
| 01/30/16 Released | MGM | Fee: 0.70 hours<br>Telephone conference with M. Rothfeld, D. Warrington & L. O'Dell |
| 02/01/16 Released | MGM | Fee: 0.20 hours<br>Telephone conference w/ D. Warrington |
| 02/01/16 Released | MGM | Fee: 0.20 hours<br>Reviewed email from D. Warrington |
| 02/01/16 Released | MGM | Fee: 0.50 hours<br>Telephone conference with D. Warrington |
| 02/03/16 Released | MGM | Fee: 0.20 hours<br>Email exchange with D. Warrington |
| 02/03/16 Released | MGM | Fee: 1.20 hours<br>Legal research of cases concerning imposition of political committee requirements on groups such as NAGR that engage only in electioneering speech and avoid express advocacy; cases reviewed included WRTL v. Barland and 9th Circuit''s decision in Human Life v. Brumsickle |
| 02/03/16 Released | MGM | Fee: 2.40 hours<br>Legal research concerning cases striking down statutes compelling speech for purposes of attacking Mont. Code Ann. 13-35-225(3), which requires groups such as NAGR that desire to criticize an incumbent's voting record to include in its mailers copies of all legislative bills the group relies upon in making such criticism |
| 02/03/16 Released | MGM | Fee: 1.10 hours<br>Legal review of cases involving First Amendment challenges to content-based statutes in order to prepare additional arguments for challenging 13-15-225(3) |
| 02/04/16 Released | MGM | Fee: 3.50 hours<br>Began preparing Statement of Facts section for NAGR's brief in support of preliminary injunction motion to prevent Montana |

|  |  |  |
|---|---|---|
| | | authorities to enforce the 2015 Disclose Act, including NAGR's background and history, a summary of the pertinent provisions of the Disclose Act, and NAGR's intentions concerning future mailings in Montana |
| 02/04/16 Released | MGM | Fee: 2.70 hours<br>Began preparing and revising Part I of the Argument section of the brief explaining how NAGR's mailer in the 2012 Tutvedt race in SD-3 was issue advocacy and therefore not subject to Montana disclosure law as it existed in 2012 |
| 02/05/16 Released | MGM | Fee: 4.10 hours<br>Drafted and revised Part II of the Argument section of NAGR's brief in support of its preliminary injunction motion concerning the overbreadth of Montana's 2015 Montana Disclose Act, including detailed analysis of how Montana unlawfully imposes full PAC burdens on groups such as NAGR that engage only in issue advocacy despite federal appellate courts find such extensive restrictions unnecessary for groups who limit themselves to issue advocacy |
| 02/05/16 Released | MGM | Fee: 2.80 hours<br>Prepared Argument section of NAGR's preliminary injunction brief concerning Montana's compelled-vote-reporting act, including its unconstitutional compelled speech component as well as the fact that it is content based and therefore subject to strict scrutiny |
| 02/05/16 Released | MGM | Fee: 1.30 hours<br>Prepared portion of NAGR's preliminary injunction showing that all 4 of the Supreme Court's Winter factors are satisfied by NAGR's request for a preliminary injunction motion |
| 02/16/16 Released | MGM | Fee: 0.30 hours<br>Telephone conference with D. Warrington |
| 02/18/16 Released | MGM | Fee: 3.40 hours<br>Drafted Verified Complaint for purposes of initiating NAGR's federal lawsuit, including |

|  |  |  |
|---|---|---|
| | | Statement of Facts, Jurisdictional Secions and Causes of Action |
| 03/16/16 Released | MGM | Fee: 0.40 hours<br>Telephone conference with M. Rothfeld, D. Brown, D. Warrington regard status of case |
| 03/16/16 Released | MGM | Fee: 0.20 hours<br>Telephone conference w/ D. Warrington |
| 03/16/16 Released | MGM | Fee: 0.80 hours<br>Revised complaint to add count concerning request for injunction against Montana authorities from seeking penalties against NAGR for 2012 mailing in Tutvedt primary |
| 03/17/16 Released | MGM | Fee: 0.20 hours<br>Telephone conference w/ D. Warrington |
| 03/17/16 Released | MGM | Fee: 0.50 hours<br>Reviewed modifications made D. Warrington regarding complaint |
| 03/18/16 Released | MGM | Expense 400.00<br>U.S. District Court filing fee |
| 03/18/16 Released | MGM | Fee: 0.20 hours<br>Telephone conference w/ D. Warrington |
| 03/23/16 Released | MGM | Fee: 2.10 hours<br>Modified NAGR's brief supporting its preliminary injunction motion to include arguments pertaining to the Tutvedt mailing in 2012 |
| 03/23/16 Released | MGM | Fee: 0.70 hours<br>Review documents received from Commissioner's Motl's office in response to public records request submitted by NAGR in |
| 03/28/16 Released | MGM | Fee: 1.20 hours<br>Reviewed modifications to preliminary injunction brief made by D. Warrington; made additional changes |
| 04/04/16 Released | MGM | Expense 225.00<br>Process server fees for service of complaint & summons on defendants Fox, Motl, and Gallagher |

| | | |
|---|---|---|
| 04/20/16 Released | MGM | Fee: 0.30 hours<br>Telephone conference w/ D. Warrington |
| 04/20/16 Released | MGM | Fee: 0.30 hours<br>Telephone conference with D. Warrington |
| 04/27/16 Released | MGM | Fee: 2.10 hours<br>Reviewed response brief filed by State for purposes of preparing NAGR's reply brief (.8); reviewed declarations executed by Commissioner Motl in support of response (.4); reviewed cases relied upon by State to support its argument that NAGR's claims are not justiciable (.9) |
| 04/28/16 Released | MGM | Fee: 2.30 hours<br>Reviewed Supreme Court and 9th Circuit cases concerning constitutional and prudential components of ripeness in order to rebut State's contention that NAGR's request for preliminary injunctive relief is unripe |
| 04/28/16 Released | MGM | Fee: 2.20 hours<br>Reviewed cases involving Younger abstention and, in particular, cases showing that the court need not abstain from reviewing NAGR's claims because state judicial proceedings have not yet commenced |
| 04/28/16 Released | MGM | Fee: 0.90 hours<br>Reviewed additional 9th Circuit cases, such as ACLU v. Heller, showing that state imposed disclaimers that go beyond simply identifying the speaker amount to compelled speech triggering strict scrutiny |
| 04/29/16 Released | MGM | Fee: 3.40 hours<br>Drafted and revised protion of NAGR's reply brief refuting State's argument that NAGR's claims for injunctive relief concerning threatened prosecution over the Tutvedt mailer is unripe |
| 04/29/16 Released | MGM | Fee: 1.30 hours<br>Drafted portion of NAGR's reply refuting State's contention that the court is required to abstain from adjudicating NAGR's claims |
| 04/29/16 | MGM | Fee: 0.60 hours |

| | | |
|---|---|---|
| Released | | Drafted and revised portion of NAGR reply responding to State's contention that the mailers sent into the Tutvedt race constituted express advocacy |
| 04/29/16 Released | MGM | Fee: 1.00 hours<br>Drafted and revised portion of NAGR reply brief demonstrating that Montana statutes imposing political committee burdens on issue advocacy groups are overly burdensome |
| 04/29/16 Released | MGM | Fee: 1.60 hours<br>Drafted and revied portion of NAGR's reply brief showing that Montana statute requiring NAGR to include describe all of the votes of an incumbent when it criticizes his voting record is blatantly unconstitutional |
| 05/01/16 Released | MGM | Fee: 0.20 hours<br>Telephone conference w/ D. Brown |
| 05/01/16 Released | MGM | Fee: 0.20 hours<br>Prepared email for D. Warrington explaining status of case and need for declaration from him |
| 05/02/16 Released | MGM | Fee: 0.20 hours<br>Telephone conference w/ D. Brown |
| 05/02/16 Released | MGM | Fee: 0.50 hours<br>Email exchanges with NAGR members, D. Warrington, and A. Narod concerning reply brief |
| 05/03/16 Released | MGM | Fee: 3.20 hours<br>Driving time to Missoula for preliminary injunction hearing in U.S. District Court |
| 05/03/16 Released | MGM | Fee: 1.00 hours<br>Appearance and argument time in U.S. District Court on NAGR's preliminary injunction motion |
| 05/03/16 Released | MGM | Expense 231.00<br>mileage expense for drive to Missoula and back for preliminary injunction hearing in U.S. District Court (420 miles roundtrip x $.55 per mile) |
| 05/04/16 | MGM | Fee: 0.30 hours |

| | | |
|---|---|---|
| Released | | Telephone conference w/ D. Brown |
| 05/04/16<br>Released | MGM | Fee: 1.20 hours<br>Prepared letter to D. Brown and other NAGR officers providing status report and summary of court hearing on 5/4 |
| 05/23/16<br>Released | MGM | Fee: 0.70 hours<br>Reviewed order from U.S. District Ct granting in part and denying in part NAGR's motion for preliminary injunction |
| 05/24/16<br>Released | MGM | Fee: 0.60 hours<br>Prepared letter for D. Brown and NAGR officers summarizing district court's order |
| 09/13/16<br>Released | MGM | Fee: 0.20 hours<br>Prepared letter for D. Brown concerning NAGR's options regarding lawsuit |
| 09/26/16<br>Released | MGM | Fee: 0.20 hours<br>Telephone conference with D. Warrington |
| 10/17/16<br>Released | MGM | Fee: 0.10 hours<br>Telephone conference with D. Warrington |
| 10/18/16<br>Released | MGM | Fee: 0.50 hours<br>Reviewed state's preliminary pretrial statement |
| 10/18/16<br>Released | MGM | Fee: 0.80 hours<br>Reviewed file documents for purposes of drafting NAGR's preliminary pretrial statement; prepared statement |
| 10/25/16<br>Released | MGM | Fee: 0.70 hours<br>Reviewed file documents for purpose of preparing for mandatory preliminary pretrial conference |
| 10/25/16<br>Released | MGM | Fee: 3.00 hours<br>Drive time to U.S. District Court in Missoula |
| 10/25/16<br>Released | MGM | Expense   231.00<br>Mileage to U.S. District Court in Missoula and back (420 miles x .55 per mile) |
| 10/25/16<br>Released | MGM | Fee: 0.50 hours<br>Appearance at preliminary pretrial |

|  |  |  |
|---|---|---|
| | | conference |
| 10/26/16 Released | MGM | Fee: 0.20 hours<br>Review of scheduling order |
| 10/26/16 Released | MGM | Fee: 0.20 hours<br>Prepared letter to D. Brown re status of case |
| 12/14/16 Released | MGM | Fee: 0.30 hours<br>Telephone conference with D. Warrington re status of case |
| 12/15/16 Released | MGM | Fee: 0.30 hours<br>Telephone conferences with Rob and review of ODC letter to Rob and citizen's complaint concerning ads about Langton |
| 01/10/17 Released | MGM | Fee: 1.80 hours<br>Reviewed draft of Statement of Undisputed Facts and draft of memorandum in support of summary judgment prepared by D. Warrington; prepared response to D. Warrington containing suggested modifications |
| 02/08/17 Released | MGM | Fee: 0.30 hours<br>Reviewed pro hac vice motion and supporting papers; reviewed US Dist Ct local rules applicable to phv motion for admission of D. Warrington |
| 02/14/17 Released | MGM | Fee: 0.80 hours<br>Continued review of brief in support of motion for summary judgment for purposes of finalizing it for filing tomorrow; email message to D. Warrington regarding additional changes needed in order for case to continue having legal ripeness |
| 02/15/17 Released | MGM | Fee: 0.40 hours<br>Reviewed affidavit of D. Brown; reviewed final changes to brief |
| 02/15/17 Released | MGM | Fee: 0.30 hours<br>Prepared MSJ motion, proposed order |
| 02/15/17 Released | MGM | Fee: 0.30 hours<br>Reviewed electronic filing of documents for summary judgment and PHV motions |

| | | |
|---|---|---|
| 02/15/17 Released | MGM | Expense 255.00<br>U.S. District Court fee for pro hac vice motion to admit D Warrington as counsel |
| 02/23/17 Released | MGM | Fee: 0.20 hours<br>Email exchanges with D. Warrington concerning district court's order regarding Warrington's admission |
| 03/09/17 Released | MGM | Fee: 0.80 hours<br>Reviewed State's Statement of Disputed Facts and record citations; compared statements to facts contained in file documents |
| 03/09/17 Released | MGM | Fee: 0.30 hours<br>Reviewed State's Statement of Undisputed Facts filed in support of its motion for summary judgment |
| 03/09/17 Released | MGM | Fee: 0.90 hours<br>Reviewed State's brief in support of its motion for summary judgment and response to NAGR's motion for summary judgment for purposes of beginning to prepare reply brief |
| 03/09/17 Released | MGM | Fee: 2.40 hours<br>Reviewed case law relied upon by the State in its brief in support of its summary judgment motion, including Independence Institute v FEC, Human Life v. Brumsickle, Yamada v. Snipes, and Citizens United |
| 03/14/17 Released | MGM | Fee: 2.20 hours<br>Began preparing Statement of Disputed Facts as required by local court rules in response to the State's Statement of Undisputed Facts in support of its motion for summary judgment; reviewed file documents in order to fashion arguments refuting State's claims about the time period that electioneering regulations are in force as well as its claim concerning the "minimal" burden supposedly imposed by Montana's political committee regulations |
| 03/17/17 Released | MGM | Fee: 2.40 hours<br>Began drafting reply in support of NAGR's motion for summary judgment and response to State's cross-motion for summary judgment; drafted Section I of brief explaining how |

|  |  |  |
|---|---|---|
|  |  | NAGR's intended communications constitute issue advocacy, not express advocacy, and are therefore exempted by the First Amendment from the State's regulation |
| 03/17/17 Released | MGM | Fee: 0.60 hours<br>Reviewed file documents and prepared Section II of NAGR's response brief explaining that the applicable time period for the State's electioneering regulations is actually 105 days before an election, not 90 days as the State claims, thereby showing that the regulations are more burdensome that what the State argues |
| 03/18/17 Released | MGM | Fee: 2.80 hours<br>Reviewed file documents and prepared Section III of NAGR's response brief demonstrating that: under 7th Circuit's decision in Barland, NAGR deserves to prevail, the cases cited by the State are inapplicable, Montana's political committee burdens are more substantial than what the State claims, and that exacting scrutiny requires striking down Montana's electioneering regulations |
| 03/21/17 Released | MGM | Fee: 0.30 hours<br>Finalized NAGR's Statement of Disputed Facts |
| 03/22/17 Released | MGM | Fee: 0.20 hours<br>Telephone conference with D. Warrington concerning modifications to brief in support of NAGR's motion for summary judgment |
| 03/22/17 Released | MGM | Fee: 0.20 hours<br>Drafted additional portion of brief detailing burdens imposed by Montana's "incidental" political committee regulations |
| 03/22/17 Released | MGM | Fee: 0.20 hours<br>Reviewed changes to brief suggest by D. Warrington and P. Sorrell |
| 03/22/17 Released | MGM | Fee: 0.20 hours<br>Filed with court's ECF system NAGR's reply brief in support of its motion for summary judgment and response to State's cross-motion for summary judgment as well as NAGR's Statement of Disputed Facts |

| | | |
|---|---|---|
| 04/05/17<br>Released | MGM | Fee: 0.90 hours<br>Reviewed State's Reply Brief, Motl's attached declaration, and reviewed statutes and administrative rules that State claims impose only minimal burdens on corporate entities desiring to send educational materials concerning legislator views on gun rights |
| 04/24/17<br>Released | MGM | Fee: 0.50 hours<br>Telephone conferences with D. Warrington regarding advisability of waiving oral argument on summary judgment motions and reducing costs; email to Montana AG regarding waiver of argument; prepared and filed unopposed motion to waive argument and proposed order |
| 09/06/17<br>Released | MGM | Fee: 0.70 hours<br>Reviewed order issued by Judge Christensen granting in part and denying NAGR's motion for summary judgment, as well as file documents, for purposes of determining what appellate options NAGR has |
| 09/15/17<br>Released | MGM | Fee: 0.20 hours<br>Telephone conference with David Warrington |

Matter 23-1           Hours:     89.20

```
Fees by Matter
Period: 12/01/2017-01/02/2018                      Fee Motion

Date    Timekeeper   Transaction Type
Status               Description
----------------------------------------------------------------

Matter 23-1                National Association For Gun Rights
                           Federal Suit

12/20/17  MGM        Fee: 0.20 hours
Unbilled             Telephone conference w/ D. Warrington regard
                     fee motion and notice of appeal

12/26/17  MGM        Fee: 0.30 hours
Unbilled             Reviewed bills and expenses for purposes of
                     preparing fee motion

12/26/17  MGM        Fee: 1.80 hours
Unbilled             Detailed review of file documents for
                     purposes of preparing fee motion

12/26/17  MGM        Fee: 2.60 hours
Unbilled             Legal research of Supreme Court and Ninth
                     Circuit case law governing attorney fee
                     awards under 42 U.S.C. sec 1988; carefully
                     read several cases such as Hensley v.
                     Eckerhart, Gonzalez v. City of Maywood, and
                     Cabrales v. County of Los Angeles

12/27/17  MGM        Fee: 0.20 hours
Unbilled             Telephone conference with J. Metropoulos

12/27/17  MGM        Fee: 0.20 hours
Unbilled             Telephone conference with D. Warrington

12/27/17  MGM        Fee: 2.90 hours
Unbilled             Drafted brief in support of fee motion as
                     well as declaration

01/01/18  MGM        Fee: 0.20 hours
Unbilled             Telephone conference with J. Metropoulos

01/01/18  MGM        Fee: 0.20 hours
Unbilled             Reviewed declaration prepared by J.
                     Metropoulos

01/02/18  MGM        Fee: 0.20 hours
Unbilled             Telephone conference and email exchanges
                     with D. Warrington
```

```
01/02/18  MGM     Fee: 0.90 hours
Unbilled          Made revisions and corrections to brief
                    and declaration in support of fee motion

Matter 23-1             Hours:      9.70
```