Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
Email: matthewmonforton@yahoo.com

David A. Warrington
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5926
Facsimile: (703) 647-5966
Email: david.warrington@leclairryan
(Appearing *Pro Hac Vice*)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ) | Case No. CV 16-0023-H-DLC |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | DAVID A. WARRINGTON |
| JEFF MANGAN, in his official ) | |
| Capacity as the Commissioner of ) | |
| Political Practices for the State of ) | |
| Montana; TIMOTHY C. FOX, in his ) | |
| Official capacity as Attorney General ) | |
| For the State of Montana; LEO ) | |
| GALLAGHER, in his official capacity ) | |
| as County Attorney for the County of ) | |
| Lewis & Clark, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAVID A. WARRINGTON

Pursuant to 19 USC § 1746, I, DAVID A. WARRINGTON, declare as follows:

1.      I am over the age of 18, have personal knowledge of the facts set forth herein, and am otherwise competent to testify.

2.      I am a partner at LeClairRyan, PC (the "Firm"), and am the Chair of the Firm's Political Law practice group.  I represent the National Association for Gun Rights, Inc. ("NAGR") in the above-captioned matter.  An associate with the Firm, Paris Sorrell, also represented NAGR in this matter as well.

3.      I am a *magna cum laude* graduate of Georgetown University.  I received my law degree from George Mason University School of Law.  I am admitted to practice in the Commonwealth of Virginia.

4.      For the past 12 years, my law practice has concentrated on political law with a particular focus on defending the Constitutional rights of individuals and groups who participate in the political process at the local, state, and federal levels.  I am admitted to practice in the federal district courts in the District of Columbia and Colorado, and am admitted to practice before the United States Court of Appeals for the Fourth, Fifth, Ninth, and Tenth Circuits and the Supreme Court of the United States.

5.      Much of my practice involves First Amendment and campaign finance litigation, both civil and criminal, in state and federal courts, including the

appellate courts, nationwide.  I am frequently asked to lecture on First Amendment and political law issues and am responsible for election law education for a national association of lawyers involved in election law.

6.      A true and accurate copy of my *curriculum vitae* is attached.

7.      Between May 2016 and September 2017 I worked a total of 24 hours on this matter.

8.      During that same period of time, Paris Sorrell worked a total of 30.8 hours on this matter.


I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2018.


_____
David A. Warrington



# David A. Warrington

## PRACTICE AREAS
- Chair, Political Law Group
- White Collar
- Business Litigation
- Intellectual Property

2318 Mill Road
Suite 1100
Alexandria, Virginia 22314

Phone: 703.647.5926
Fax: 703.647.5966
david.warrington@leclairryan.com

## EXPERIENCE

David Warrington is the leader of the Firm's Political Law Group and a member of the firm's Corporate, Intellectual Property, and White Collar Litigation practices.  Mr. Warrington is a corporate litigator and constitutional lawyer who represents corporations and individuals in high stakes litigation throughout the country.  In 2016 alone, he spent more than 40 days in trial as lead and co-counsel in two white collar federal jury trials involving criminal charges and civil claims exceeding two billion dollars.

He represents corporations and their officers and directors in both federal and state courts in several areas including: False Claims Act, shareholder disputes, breach of fiduciary claims, business torts and contract claims, intellectual property and trade secret disputes, and other complex litigation including white-collar investigations and criminal matters.  In 2016, he represented the nation's largest privately held mortgage corporation in a six-week jury trial in Houston involving mortgage fraud charges under the False Claims Act and FIRREA.

Mr. Warrington also leads the firm's Political Law Group and is recognized as one of the leading Republican lawyers in the nation.  As General Counsel for the Ron Paul 2012 Presidential Campaign Committee he led the legal team for the $45 million 50 state campaign and led the legal team that fought the delegate challenges and Rules contest on behalf of Ron Paul delegates at 2012 Republican National Convention in Tampa, Florida.  He has been called the "Lawyer to the Liberty Movement." Mr. Warrington served as counsel for the 2016 Trump Campaign to the Credentials, Platform, and Rules Committees at the Republican National Convention in Cleveland, Ohio.  Additionally on behalf of the Trump Campaign, he successfully defended Trump delegates in a federal lawsuit brought by individuals who sought to challenge the ability of the Republican Party to set the rules for its delegate selection process.

Mr. Warrington has been involved in some of the highest profile political campaigns and issues in the nation and regularly represents and advises elected officials, non-profit advocacy groups, trade associations, political consultants, and political action committees on all aspects of participation in the political process at both the state and federal levels.  He actively litigates cases involving political liberty based on the First, Second, and Fourth Amendments to the United States Constitution.

Mr. Warrington is a proud veteran of the United States Marine Corps.

## LEGAL AND PROFESSIONAL EXPERIENCE

- LeClairRyan, Alexandria, Virginia, May 2011 – Present
- Fiske & Harvey PLLC, Alexandria, Virginia, September 2007 – May 2011
- Law Clerk, The Honorable Jonathan C. Thacher, Fairfax Circuit Court, Fairfax, Virginia, August 2006 – August 2007
- Fiske & Ebersohl PLLC, Alexandria, Virginia, May 2006 – August 2006
- Burkett Warrington, Inc/The Warrington Group January 1995 – May 2006
- United States Marine Corps, Sergeant, Infantry 1985 – 1990, 1991

## EDUCATION

- George Mason University School of Law, J.D.

- Georgetown University, B.A., Philosophy and Government, *magna cum laude*

## EXTENDED INFORMATION

## Representative Matters

- Represented the Nation's largest privately held mortgage company in a six-week federal jury trial in a suit brought by the United States Attorney for the Southern District of New York alleging violations of the False Claim Act for which the Government sought $2.2 Billion dollars in damages and penalties.

- Represented officers and directors of a corporation in multiple suits arising from $45 million cash-out merger of a Delaware corporation.  Obtained dismissal of all but one claim in the state cases and successfully opposed plaintiffs' appeal and obtained dismissal with prejudice of related federal suit.

- Successfully defended government contractor and its officers and directors on claims of copyright infringement and misappropriation of trade secrets by obtaining dismissal with prejudice at the 12(b)6 stage.

- Successfully defended corporation and its officers against claims for copyright infringement and misappropriation of likeness.

- Successfully represented a corporation in a dispute over reconciliation of international cellular data usages charges in the Supreme Court of New York's Manhattan district obtaining a $3.6 million judgment for the client.

- Represented a secure electronic mail provider against the Federal Government in a matter arising out of the Edward Snowden investigation at the Federal District Court level and on appeal to the United States Court of Appeals for the Fourth Circuit.

- Successfully represented officers and directors of a corporation that was the target of a *Qui Tam* action against allegations of fraud on the United States Government.

- Successfully represented defendants in numerous white-collar criminal matters related to alleged of violations of complex regulatory schemes.

- Successfully represented corporation and officer by obtaining dismissal of $14,000,000 claim for professional negligence.

- Successfully defended client against a claim of civil conspiracy at the trial and appellate court levels.

- Obtained dismissal of $4,500,000 breach of contract claim brought against client real estate developer by national home builder.

- Represented Romanian construction firm in $25,000,000 breach of contract cases concerning work in the Green Zone in Baghdad.

- Successfully represented developer/builder in contract dispute related to a $30,000,000 data center in Ashburn, Virginia.

- Successfully represented commercial real estate developer by obtaining dismissal of $1,000,000 slander of title suit.

- Successfully represented commercial real estate project by negotiating restructured financing for $6,500,000 thereby preventing foreclosure.

- Successfully represented the Washington D.C. television, radio, and print news media seeking access for cameras in the courtroom for a murder trial being held in the Alexandria Virginia Circuit Court. This was the first instance of cameras being allowed in the Alexandria Circuit Court. Also part of the team that obtained camera access to proceedings in Fairfax Circuit for the first time in twenty years.

- Successfully represented several Super PACs at the Federal Election Commission (FEC) in Matters Under Review (MUR) arising from independent expenditure reporting resulting in dismissal of complaints.

- Successfully represented federal candidate's campaign in MUR alleging misreporting of campaign expenditures.

- Advised and represented numerous independent expenditure committees, PACs, and candidates before the FEC and on compliance matters.

- Advised and represented numerous issue advocacy organizations on both federal and state laws related to campaign finance regulations and spending in elections.

- Lead counsel on several pending cases challenging state laws restricting issue advocacy in the periods immediately leading up to elections.

- Lead counsel on a suit by a non-profit corporation challenging the Contraceptive Mandate to the Affordable Care Act.

## Speaking Engagements

- "Your First Day in Practice in the Fairfax Circuit Court," Fairfax Bar Association, 2008
- "What Really Happened in Tampa," Liberty Political Action Conference 2012
- "The Fourth Amendment and the Attack on Your Civil Liberties," Liberty Political Action Conference 2013
- "The First Amendment Under Attack; the IRS and Freedom of Association and Speech," Liberty Political Action Conference, 2014
- "Legal Scared Straight: Legal Pitfalls in the Highly Regulated World of Politics and How to Avoid Them," Foundation for Applied Conservative Leadership, 2016

## Publications

- ***Democrats, media are launching Alinskyesque attacks on McGahn,*** **February 27, 2017, The Hill.**

- ***The Witch Hunt Against Sessions Will Just Make Democrats Look Ridiculous***, **March 3, 2017, Daily Caller.**

- ***Jim Webb should be honored for his service even if some are offended***, **March 31, 2017, The Hill.**

- ***Do Democrats oppose Gorsuch because they hate free speech? (Yes.)***, **April 3, 2017, The Hill.**

- ***Jeff Sessions' Conduct Has Been Beyond Reproach***, **June 13, 2017, Daily Caller.**

- ***Are Democrats trying to pin the blame for their own sins on Russia?***, **June 25, 2017, The Hill.**

## Classes and Seminars Taught

- Adjunct Professor, George Mason University School of Law

## Honors and Awards

- Recognized as a Virginia Super Lawyers Rising Star by *Law & Politics* magazine for Business Litigation, 2013-2016
- Member George Mason School of Law Alumni Board, (Vice President 2015)

## Professional Memberships

- American Bar Association
- Virginia State Bar
- Federal Bar Association
- Federalist Society
- Alexandria Bar Association
- Virginia Trial Lawyers Association
- Fairfax Bar Association: Board Member (2007 – 2008)
- George Mason Inns of Court
- Republican National Lawyers Association, Board of Governors (2013-Present)
  - o   Vice President for Education (2017)

## Admissions

- Virginia
- District of Columbia (Federal Only)
- U.S. District Court for the Eastern District of Virginia
- U.S. District Court for the District of Colorado
- U.S. Court of Appeals for Veterans Claims
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- Supreme Court of Virginia
- United States Supreme Court

| All Entries | ▼ | | Advanced | Summary | Go |

**Other Options**
- ● Sort By Date
- ○ Sort By TimeKeeper

**Summary Columns**

| First Column | Second Column |
| --- | --- |
| HistoricalLocation ▼ | ▼ |

| | From | To |
| --- | --- | --- |
| Worked Date: | 01/01/2009 | 12/19/2017 |
| Billed Date: | | |
| Invoice Number: | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
| --- | --- | --- | --- | --- | --- |
| 10/06/2016 | 1847 | Paris M. Sorrell | 0.30 | 87.00 | Confer with D. Warrington regarding admission |
| 11/14/2016 | | Invoice=741240 | 0.30 | 87.00 | and summary judgment brief. |
| | | | | | |
| 10/17/2016 | 2650 | David A. Warrington | 1.00 | 415.00 | Review discovery plan and stipulations and |
| 11/14/2016 | | Invoice=741240 | 1.00 | 415.00 | confer with local counsel re same. |
| | | | | | |
| 10/18/2016 | 1847 | Paris M. Sorrell | 2.40 | 696.00 | Review and analyze pleadings in preparation |
| 11/14/2016 | | Invoice=741240 | 2.40 | 696.00 | for MSJ drafting. |
| | | | | | |
| 10/24/2016 | 1847 | Paris M. Sorrell | 3.00 | 870.00 | Begin drafting facts for memo in support of |
| 11/14/2016 | | Invoice=741240 | 3.00 | 870.00 | MSJ. Draft MSJ. Begin drafting memo in |
| | | | | | support of MSJ. |
| | | | | | |
| 10/25/2016 | 1847 | Paris M. Sorrell | 3.10 | 899.00 | Continue drafting statement of facts and memo |
| 11/14/2016 | | Invoice=741240 | 3.10 | 899.00 | in support of SJ. |
| | | | | | |
| 10/26/2016 | 1847 | Paris M. Sorrell | 0.80 | 232.00 | Continue editing statement of facts for MSJ. |
| 11/14/2016 | | Invoice=741240 | 0.80 | 232.00 | |
| | | | | | |
| 10/27/2016 | 1847 | Paris M. Sorrell | 4.30 | 1,247.00 | Continue drafting memo in support of MSJ. |
| 11/14/2016 | | Invoice=741240 | 4.30 | 1,247.00 | Continue drafting statement of facts. Draft |
| | | | | | pro hac vice application for D. Warrington. |
| | | | | | |
| 10/28/2016 | 1847 | Paris M. Sorrell | 0.60 | 174.00 | Continue editing memo in support of SJ. |
| 11/14/2016 | | Invoice=741240 | 0.60 | 174.00 | |
| | | | | | |
| 10/31/2016 | 1847 | Paris M. Sorrell | 5.40 | 1,566.00 | Continue drafting and editing statement of |
| 11/14/2016 | | Invoice=741240 | 5.40 | 1,566.00 | facts. Continue drafting and editing memo in |
| | | | | | support of SJ. Review local rules and edit |
| | | | | | MSJ documents to conform with same. |
| | | | | | |
| 11/01/2016 | 1847 | Paris M. Sorrell | 1.40 | 406.00 | Continue editing memo in support of SJ and |
| 12/08/2016 | | Invoice=745393 | 1.40 | 406.00 | statement of facts. Forward same to D. |
| | | | | | Warrington for review. Edit DAW pro hac |
| | | | | | documents. Forward same for review. |
| | | | | | |
| 12/02/2016 | 1847 | Paris M. Sorrell | 0.40 | 116.00 | Review and edit pleadings. |
| 01/05/2017 | | Invoice=748371 | 0.40 | 116.00 | |
| | | | | | |
| 01/11/2017 | 1847 | Paris M. Sorrell | 0.10 | 29.00 | Review M. Monforton comments regarding |
| 02/09/2017 | | Invoice=754753 | 0.10 | 29.00 | statement of facts. |
| | | | | | |
| 01/16/2017 | 2650 | David A. Warrington | 2.00 | 900.00 | Review and revise summary judgment draft; |
| 02/08/2017 | | Invoice=754753 | 2.00 | 900.00 | work on strategy for litigation. |
| | | | | | |
| 02/06/2017 | 1847 | Paris M. Sorrell | 0.30 | 87.00 | Review pleadings regarding extending SJ date. |
| 03/13/2017 | | Invoice=761027 | 0.30 | 87.00 | |

◄

| All Entries | ▼ | | | Advanced | Summary | Go |

**Other Options**
- ◉ Sort By Date   ◯ Sort By TimeKeeper

**Summary Columns**

| First Column | Second Column |
|---|---|
| HistoricalLocation ▼ | ▼ |

| | From | To |
|---|---|---|
| Worked Date: | 01/01/2009 | 12/19/2017 |
| Billed Date: | | |
| Invoice Number: | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 03/13/2017 | | Invoice=761027 | 1.00 | 450.00 | draft of MSJ brief. |
| 02/13/2017 | 2650 | David A. Warrington | 0.50 | 225.00 | Pro-hac vice motion. |
| 03/13/2017 | | Invoice=761027 | 0.50 | 225.00 | |
| 02/14/2017 | 2650 | David A. Warrington | 2.50 | 1,125.00 | Review final SJ brief. |
| 03/13/2017 | | Invoice=761027 | 2.50 | 1,125.00 | |
| 02/15/2017 | 1847 | Paris M. Sorrell | 0.90 | 261.00 | Review and exchange correspondence regarding |
| 03/13/2017 | | Invoice=761027 | 0.90 | 261.00 | MSJ. Draft and edit MSJ with statement of facts. |
| 02/15/2017 | 2650 | David A. Warrington | 2.50 | 1,125.00 | Revise final version of brief in support of |
| 03/13/2017 | | Invoice=761027 | 2.50 | 1,125.00 | MSJ, DWB affidavit and statement of facts; correspond with local counsel re same. |
| 02/16/2017 | 1847 | Paris M. Sorrell | 0.30 | 87.00 | Review pleadings and correspondence from |
| 03/13/2017 | | Invoice=761027 | 0.30 | 87.00 | local counsel. |
| 02/21/2017 | 2650 | David A. Warrington | 2.70 | 1,215.00 | Review case law to prepare amended complaint |
| 03/13/2017 | | Invoice=761027 | 2.70 | 1,215.00 | (1.5); confer with L. Machado and P. Sorrell re strategy for amended complaint (1.2). |
| 02/21/2017 | 1847 | Paris M. Sorrell | 0.20 | 58.00 | Review filed pleadings. |
| 03/13/2017 | | Invoice=761027 | 0.20 | 58.00 | |
| 02/27/2017 | 1847 | Paris M. Sorrell | 0.50 | 145.00 | Draft and edit DAW ecf registration and |
| 03/13/2017 | | Invoice=761027 | 0.50 | 145.00 | acknowledgement of PHV admission. |
| 02/28/2017 | 1847 | Paris M. Sorrell | 0.20 | 58.00 | Edit DAW phv application and acknowledgment |
| 03/13/2017 | | Invoice=761027 | 0.20 | 58.00 | of PHV admission. |
| 03/01/2017 | 1847 | Paris M. Sorrell | 0.20 | 58.00 | Review correspondence regarding ECF approval. |
| 04/13/2017 | | Invoice=765896 | 0.20 | 58.00 | Edit acknowledgement regarding PHV admission. |
| 03/03/2017 | 1847 | Paris M. Sorrell | 0.10 | 29.00 | Review and edit acknowledgement of PHV terms |
| 04/13/2017 | | Invoice=765896 | 0.10 | 29.00 | pleading. |
| 03/06/2017 | 1847 | Paris M. Sorrell | 0.30 | 87.00 | Correspondence regarding filing PHV admission |
| 04/13/2017 | | Invoice=765896 | 0.30 | 87.00 | acknowledgement. |
| 03/06/2017 | 2650 | David A. Warrington | 0.50 | 225.00 | Comply with Pro Hac Vice order and file |
| 04/13/2017 | | Invoice=765896 | 0.50 | 225.00 | acknowledgement notice. |
| 03/08/2017 | 1847 | Paris M. Sorrell | 0.10 | 29.00 | Correspondence regarding filed pleadings. |
| 04/13/2017 | | Invoice=765896 | 0.10 | 29.00 | |
| 03/08/2017 | 2650 | David A. Warrington | 1.50 | 675.00 | Review brief filed by MT COPP in opposition |

All Entries ▼     [Advanced] [Summary] [Go]

Other Options
⦿ Sort By Date     ○ Sort By TimeKeeper

|                | From | To |
|---|---|---|
| Worked Date: | 01/01/2009 | 12/19/2017 |
| Billed Date: | | |
| Invoice Number: | | |

Summary Columns
First Column: HistoricalLocation ▼     Second Column: ▼

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 04/13/2017 | | Invoice=765896 | 0.30 | 87.00 | acknowledgement |
| | | | | | |
| 03/06/2017 | 2650 | David A. Warrington | 0.50 | 225.00 | Comply with Pro Hac Vice order and file |
| 04/13/2017 | | Invoice=765896 | 0.50 | 225.00 | acknowledgement notice. |
| | | | | | |
| 03/08/2017 | 1847 | Paris M. Sorrell | 0.10 | 29.00 | Correspondence regarding filed pleadings. |
| 04/13/2017 | | Invoice=765896 | 0.10 | 29.00 | |
| | | | | | |
| 03/08/2017 | 2650 | David A. Warrington | 1.50 | 675.00 | Review brief filed by MT COPP in opposition |
| 04/13/2017 | | Invoice=765896 | 1.50 | 675.00 | to motion for summary judgment. |
| | | | | | |
| 03/09/2017 | 1847 | Paris M. Sorrell | 0.20 | 58.00 | Correspondence regarding filed pleadings and |
| 04/13/2017 | | Invoice=765896 | 0.20 | 58.00 | deadlines. |
| | | | | | |
| 03/17/2017 | 2650 | David A. Warrington | 2.70 | 1,215.00 | Review opposition brief filed by Motl; draft |
| 04/13/2017 | | Invoice=765896 | 2.70 | 1,215.00 | issues to address in reply; confer with local |
| | | | | | counsel Monforton re drafting. |
| | | | | | |
| 03/21/2017 | 1847 | Paris M. Sorrell | 0.80 | 232.00 | Review and analyze response brief. Begin |
| 04/13/2017 | | Invoice=765896 | 0.80 | 232.00 | editing same. |
| | | | | | |
| 03/22/2017 | 2650 | David A. Warrington | 3.50 | 1,575.00 | Review revise and edit reply brief (3.0); |
| 04/13/2017 | | Invoice=765896 | 3.50 | 1,575.00 | confer with local counsel Monforton (.2); |
| | | | | | confer with P. Sorrell re reply brief (.3). |
| | | | | | |
| 03/22/2017 | 1847 | Paris M. Sorrell | 4.50 | 1,305.00 | Review and edit reply brief. Review and edit |
| 04/13/2017 | | Invoice=765896 | 4.50 | 1,305.00 | disputed facts. |
| | | | | | |
| 04/05/2017 | 1847 | Paris M. Sorrell | 0.30 | 87.00 | Review correspondence regarding government |
| 05/12/2017 | | Invoice=770991 | 0.30 | 87.00 | response. |
| | | | | | |
| 04/05/2017 | 2650 | David A. Warrington | 2.00 | 900.00 | Review Motl Reply Brief. |
| 05/12/2017 | | Invoice=770991 | 2.00 | 900.00 | |
| | | | | | |
| 04/13/2017 | 2650 | David A. Warrington | 1.00 | 450.00 | Review Motl reply brief. |
| 05/12/2017 | | Invoice=770991 | 1.00 | 450.00 | |
| | | | | | |
| 04/17/2017 | 1847 | Paris M. Sorrell | 0.10 | 29.00 | Review correspondence from local counsel. |
| 05/12/2017 | | Invoice=770991 | 0.10 | 29.00 | |
| | | | | | |
| 04/24/2017 | 2650 | David A. Warrington | 0.60 | 270.00 | Phone call with M. Monforton re case strategy. |
| 05/12/2017 | | Invoice=770991 | 0.60 | 270.00 | |
| | | | | | |
| | | BILLED TOTALS:   WORK: | 54.80 | 19,697.00 | 40 records |
| | | BILLED TOTALS:   BILL: | 54.80 | 19,697.00 | |
| | | | | | |
| | | GRAND TOTALS:   WORK: | 54.80 | 19,697.00 | 40 records |
| | | GRAND TOTALS:   BILL: | 54.80 | 19,697.00 | |

◄



All Entries ▼        Advanced    Summary    Go

Other Options
⦿ Sort By Date     ○ Sort By TimeKeeper

Summary Columns
First Column          Second Column
▼                     ▼

Worked Date:    From 01/01/2009    To 12/19/2017
Billed Date:
Invoice Number:

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|------|----------|----------------------|------|----------|------|--------|-------------|
| 10/07/2016 | 1847 | Paris M. Sorrell | CRTFEE | 1.00 | 15.40 | 15.40 | Pacer Service Center |
| 12/08/2016 | | Invoice=745993 | | 1.00 | 15.40 | 15.40 | |
| | | Voucher=630493 Paid | | | | | Vendor=PACER Service Center  Balance= .00  Amou |
| | | | | | | | Check #100420  01/18/2017 |
| | | | | | | | |
| 11/10/2016 | 5571 | Erin B. Potter | CRTFEE | 1.00 | 0.40 | 0.40 | Pacer Service Center |
| 01/05/2017 | | Invoice=748371 | | 1.00 | 0.40 | 0.40 | |
| | | Voucher=635398 Paid | | | | | Vendor=PACER Service Center  Balance= .00  Amou |
| | | | | | | | Check #100420  01/18/2017 |
| | | | | | | | |
| 12/02/2016 | 1847 | Paris M. Sorrell | CRTFEE | 1.00 | 4.40 | 4.40 | Pacer Service Center |
| 02/08/2017 | | Invoice=754753 | | 1.00 | 4.40 | 4.40 | |
| | | Voucher=640502 Paid | | | | | Vendor=PACER Service Center  Balance= .00  Amou |
| | | | | | | | Check #100420  01/18/2017 |
| | | | | | | | |
| 10/04/2017 | 2650 | David A. Warrington | OSCSIM | 1.00 | 230.00 | 230.00 | Other Costs - - Vendor: WellsOne Commerical |
| 11/29/2017 | | Invoice=802103 | | 1.00 | 230.00 | 230.00 | Card U.S. Court of Appeal - Application to the |
| | | | | | | | 9th Circuit for Attorney Admission Fee |
| | | Voucher=680398 Paid | | | | | Vendor=WellsOne Commerical Card  Balance= .00  Ar |
| | | | | | | | 8431.27 |
| | | | | | | | Check #101638  10/20/2017 |
| | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 250.20 | 4 records |
| | | BILLED TOTALS:   BILL: | | | | 250.20 | |
| | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 250.20 | 4 records |
| | | GRAND TOTAL:   BILL: | | | | 250.20 | |