IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION


FILED
JAN 19 2018
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JEFF MANGAN, in his official capacity as the Commissioner of Political Practices for the State of Montana; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana; LEO GALLAGHER, in his official capacity as County Attorney for the County of Lewis & Clark, <br><br> Defendants. | CV 16–23–H–DLC–JTJ (Consolidated with CV 16–33–H–DLC–JTJ) <br><br> ORDER |

Pending before this Court is a motion by Plaintiff National Association For Gun Rights, Inc. (NAGR) for an award of attorney's fees and expenses as well as a similar motion by Plaintiff J.C. Kantorowicz in *Kantorowicz v. Motl*, No. CV 16–33–H–DLC–JTJ, Doc. 28 (D. Mont. Jan. 16, 2018), a case that the Court has consolidated with this matter. NAGR, Mr. Kantorowicz, and Defendants Jeff Mangan and Timothy Fox have agreed that Defendants shall make a lump sum payment of $18,900 to NAGR and Mr. Kantorowicz, which shall constitute

-1-

payment in full for all fees and costs incurred by NAGR in litigating its First and Third Causes of Action in this matter as well as all fees and costs incurred by Mr. Kantorowicz in litigating *Kantorowicz v. Motl*. This payment shall not preclude NAGR from seeking additional costs and fees in the event it prevails in its appeal from the Court's dismissal of NAGR's Second Cause of Action.

In light of this agreement, the Court hereby GRANTS Plaintiffs' request to withdraw their pending fee motions.

IT IS SO ORDERED.

DATED this 19th day of January, 2018.

/s/ Dana L. Christensen

Dana L. Christensen, Chief Judge
United States District Court