# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 31, 2019

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526



RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 04 2019

FILED_____
DOCKETED_____
         DATE         INITIAL

Re: National Association for Gun Rights, Inc.
v. Jeff Mangan, in His Official Capacity as the Commissioner of Political Practices for the State of Montana, et al.
Application No. 19A478
(Your No. 18-35010)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on October 31, 2019, extended the time to and including December 12, 2019.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. David Alan Warrington
Kutak Rock LLP
1625 I Street NW
Washington, DC 20006

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526